UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-mc-22665-CIV-ALTONAGA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : <br> : <br> : |
| Applicant, | : <br> : |
| v. | : <br> : |
| **WOODBRIDGE GROUP OF COMPANIES, LLC,** | : <br> : <br> : |
| Respondent. | : <br> : |

**PLAINTIFF'S MOTION REQUESTING AN ORDER TO SHOW CAUSE ORDERING DEFENDANT TO APPEAR PURSUANT TO PLAINTIFF'S APPLICATION FOR AN ORDER ENFORCING AN ADMINSTRATIVE SUBPOENA**

Plaintiff Securities and Exchange Commission respectfully requests the Court, pursuant to Fed.R.Civ.P. 81(a)(5), issue an Order to Show Cause ordering Defendant to appear and show cause why the Commission's January 31, 2017 subpoena should not be enforced consistent with the relief the Commission seeks in its Application for an Order Enforcing and Administrative Subpoena ("Application") [D.E.1].

As set forth in greater detail in the Application, the Commission issued a subpoena to Defendant on January 31, 2017 requesting various documents, including certain email correspondence. However, despite the Commission's best efforts to resolve the issue and even after prioritizing its production requests, the Commission is still without many of the requested materials, most notably documents definitively identifying all investors, documents relating to sales agents' compensation, key emails from high ranking company officials, and a privilege log.

Under Rule 81(a)(5), *Proceedings Involving a Subpoena,* the Federal Rules of Civil Procedure apply, except as otherwise provided by statute, local rule, or by court order in the proceedings. As the Court noted in *United States v. Elmes,* 532 F.3d 1138, 1144 (11th Cir. 2008), summons enforcement proceedings are "most appropriate for streamlined procedures." (internal citation omitted); *see also SEC v. McCarthy* 322 F.3d 650, 655 (9th Cir. 2003) ("summary proceedings may be conducted without formal pleadings, on short notice, [and] without summons and complaints. . .") (quoting *New Hampshire Fire Ins. Co. v. Scanlon,* 362 U.S. 404, 406 (1960)); *see also First Nat'l Bank of Miami Springs,* 655 F.2d 661, 663 (5th Cir. 1981) ([Rule 81(a)(3)] make[s] application of the rules of civil procedure in subpoena enforcement proceedings discretionary with the district court").[1]

The Commission filed its Application on July 17, 2017. Counsel for Defendants entered their appearance on July 18 and 19, 2017, respectively. [D.E. 3, 4]. Counsel also acknowledged and accepted service of the Application on July 18, 2017. [D.E. 5]. The Defendant has had several weeks to digest the Application. The Commission thus respectfully requests the Court exercise its authority under Rule 81(a)(5) and the applicable guiding case law, and issue an Order to Show Cause ordering Defendant to appear to show cause why the Commission's January 31, 2017, subpoena should not be enforced as requested.

**Local Rule 7.1 Conferral**

We hereby certify that we conferred with counsel for the Defendant who opposes the relief requested herein.

---

[1] The predecessor to Rule 81(a)(5) is 81(a)(3), but the change was "without substantive difference." *US v. AS Holdings Group, LLC,* 521 Fed. Appx. 405, 409, fn. 2 (6th Cir., April 3, 2013).

Dated:  August 10, 2017            Respectfully submitted,

                                              By:   s/*Russell Koonin*
Russell Koonin
Senior Trial Counsel
Florida Bar No. 474479
Direct Dial: (305) 982-6385
E-mail:  kooninr@sec.gov

s/*Christine Nestor*
Christine Nestor
Senior Trial Counsel
Florida Bar No. 597211
Direct Dial: (305) 982-6367
E-mail:  nestorc@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

## SERVICE LIST

David Nelson, Esq.
dnelson@bsfllp.com
James Grippando, Esq.
jgrippando@bsfllp.com
Boies Schiller & Flexner, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:954-377-4233
Facsimile:954-356-0022
*Attorneys for Respondent, Woodbridge Group of Companies*

/s/ *Russell Koonin*
Russell Koonin, Esq.