# Exhibit A



BOIES
SCHILLER
FLEXNER

DAVID NELSON
Tel.: (954) 377-4233
E-mail: dnelson@bsfllp.com

April 21, 2017

**VIA EMAIL AND FEDERAL EXPRESS**

Scott A. Lowry, Senior Counsel
U.S. SECURITIES AND EXCHANGE COMMISSION
Miami Regional Office
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Re:     **Subpoenas for Certain Individuals' Email Records**

Dear Mr. Lowry:

      I write on behalf of our clients, ███████, in regards to your subpoenas of March 2 and March 23, 2017, requesting our clients produce certain emails, as well as to follow up on our correspondence to you of March 17, 2017.

      As you know, these individuals have identified personal emails accounts under each individual's ownership and control that potentially contain emails responsive to the staff's subpoenas. But as we have informed the staff, these accounts contain many thousands of emails, a significant number of which are wholly unresponsive to the subpoenas. We have previously suggested using a list of mutually agreed search terms to guide our clients' efforts and more reasonably narrow the scope of the subpoenas. In furtherance of this suggestion, we propose the following list of search terms:

| | | |
|---|---|---|
| account | fund | PPM |
| accredited | income | quarterly |
| asset | investment | rate |
| balance | ledger | return |
| bonus | liability | revenue |
| budget | minutes | ███████ |
| commission | offering | subscription |
| default | private placement | |

      Please let us know if these terms are acceptable to you and, if they are, we will begin the process of gathering and producing the responsive emails.

      Our clients request confidential treatment of this letter (the "Confidential Material") under the Freedom of Information Act ("FOIA") for reasons of personal privacy and

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com



Scott A. Lowry
April 21, 2017
Page 2

business confidentiality.

    The Confidential Material is exempt from mandatory disclosure under various provisions of FOIA, including 5 U.S.C. § 552(b)(4) (which protects confidential commercial or financial information obtained from a person), 5 U.S.C. § 552(b)(7) (which protects records or information compiled for law enforcement purposes), and 5 U.S.C. § 552(b)(6) (which protects files that, if disclosed, would constitute an unwarranted invasion of personal privacy). Moreover, disclosure of these Confidential Materials may be prohibited under 18 U.S.C. § 1905, and further protections may be available under the Privacy Act of 1974, 5 U.S.C. § 552a. Finally, the Confidential Material is protected from disclosure because our clients would not customarily release it to the public.

    In accordance with 17 C.F.R. § 200.83 and other applicable laws and regulations, the Confidential Material is submitted to the Commission with our clients' request, through the undersigned, that it be kept in a nonpublic file and that only Commission staff have access to it. Our clients request that the Commission notify the undersigned by telephone (954-377-4233) immediately after receiving any FOIA request for this letter, or any court order, subpoena, or summons seeking the same. Our clients request that the undersigned immediately be notified of such request, be furnished a copy of all written materials pertaining to such request (including but not limited to the request itself), and be given advance notice of any intended release so that our client has the opportunity to object to such disclosure and pursue any available remedies.

    Should the Commission be inclined to grant any FOIA request for the Confidential Material, our clients expect that the procedures set forth in 17 C.F.R. § 200.83 and Executive Order 12,600, 52 Fed. Reg. 23,781 (June 23, 1987), will be followed. In that case, our clients will further substantiate their requests for confidential treatment, and will request a hearing on the claim of exemption. Our clients further request that the Commission destroy all materials submitted to it when this matter is concluded.

    Finally, if the Commission or its staff determines to transfer any of the Confidential Material to another federal agency, please forward a copy of this letter to that agency along with the Confidential Material, and indicate that our client has requested confidential treatment of the material.

Sincerely,

David Nelson

DN/jm
cc:    Freedom of Information Act Officer (*via FedEx*)
       Office of FOIA Services
       U.S. Securities and Exchange Commission