# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  17-MC-22665-CIV-ALTONAGA**

SECURITIES AND EXCHANGE
COMMISSION,

        **Applicant,**

v.

WOODBRIDGE GROUP OF
COMPANIES,  LLC,

        **Respondent.**

                                    /

**DECLARATION OF TIMOTHY FALLER, ESQ. IN SUPPORT OF WOODBRIDGE'S**
**OPPOSITION TO SECURITIES AND EXCHANGE COMMISSION'S**
**<u>APPLICATION FOR ORDER TO SHOW CAUSE</u>**

TIMOTHY FALLER, pursuant to 28 U.S.C. §1746, declares under penalty of perjury as

follows:

1.      I am an attorney and am a member in good standing of the Connecticut Bar

Association.  I am a graduate of Dartmouth College and hold a Juris Doctor degree from the

University of Connecticut School of Law.  I am over twenty-one years of age and have personal

knowledge of the matters set forth herein.

2.      I have been employed by Woodbridge Group of Companies, LLC

("Woodbridge") as Assistant General Counsel since October 2014.  My duties include legal

services to Woodbridge in connection with its first position commercial mortgage product,

assisting outside counsel on real estate transactions, and other company matters.

3.      I am familiar with the formal and informal requests for information in connection

with the investigation captioned "Woodbridge Mortgage Investment Fund III, LLC (FL-04024),"

conducted by the United States Securities and Exchange Miami Regional Office (the "SEC Investigation"). On May 11, 2017, in response to an SEC subpoena directed to Woodbridge, I testified in Miami, Florida before the SEC as the designated Woodbridge corporate representative.

4.      The principal business of Woodbridge is the purchase of high-end real estate, rehabilitation and redevelopment of those properties, and the resale of the improved assets at a profit. Woodbridge's founder (Robert Shapiro) has operated successful mortgage and real estate businesses since 1993. Established in 2012, Woodbridge has grown to over 130 employees in offices in five states, eighty-five of whom work in southern California. Another eight employees work at its wholly owned real estate brokerage firm, Woodbridge Realty of Colorado. Mercer Vine, an affiliated California real estate brokerage firm, has twelve employees and over forty licensed real estate agents. Among the Company's human resources are experienced real estate business men and women, lawyers, a certified public accountant, other licensed professionals, Gulf War veterans, and graduates of some of the nation's most prominent colleges. Woodbridge has a stellar reputation among its peer companies, and except for the occasional mail delivery problem, has consistently and reliably made all payments due to investors and lenders.

5.      Closing statements provided to the SEC by Woodbridge and its real estate counsel confirm that the Company's current residential real estate portfolio was acquired in multiple arm's length transactions with third-party sellers (unrelated to Woodbridge) at a collective purchase price in excess of $500 million. BGPC_SEC000001 – 000160; Jon H Freis 00001173 – 00001297. In other words, documents in the SEC's possession confirm that the *unimproved* market value of Woodbridge's real estate portfolio, ***as determined by independent certified appraisers,*** is more than $500 million.

6.      The future value of those real estate assets is significantly higher as a result of market-wide appreciation and Woodbridge's sound management of those assets.  Woodbridge seeks to capitalize on the limited market for high-value properties in exclusive neighborhoods, such as Beverly Hills, California. Some properties have existing structures that may be renovated for resale.  Others are razed for new construction from the ground up.  The renovation or reconstruction process takes anywhere from a few months to two years or more.  Attached to my Declaration at Tab 1 is timetable for more than thirty acquired properties that are currently under development by Woodbridge at some of the most prestigious addresses in Southern California.

7.      Woodbridge's development team and staff has devoted thousands of hours toward the analysis of each property, the development of a plan to maximize resale value, and the implementation of that plan.  An important outside consultant in that process is Plus Development,[1] an independently owned and operated business widely regarded as one of the most respected names in the luxury home market. Woodbridge coordinates with Plus Development in design and construction, including the selection of an architect, approval of plans by local authorities, bidding out projects on a fixed-price basis, and the overseeing of actual construction.  Plus Development recently issued an extensive report setting forth its independent analysis of each California property, including reasonable market-based projections of cost estimates and projected profits. (Tab 2)

8.      Woodbridge offers accredited investors the opportunity to participate in exclusive and potentially lucrative real estate markets, while simultaneously providing individual private lenders a steady rate of return on first position mortgages.  Woodbridge funds its real estate

---

[1] PLUS DEVELOPMENT – LUXURY DEVELOPMENT FIRM, http://www.plusdevelopmentgroup.com (last visited Sept. 14, 2017).

operations primarily through two principal financial instruments:  the "First Position Commercial Mortgage" product ("FPCMs") and debt products called "Units."

9.      The FPCMs pay a fixed interest rate for a fixed period of time (ranging from 12 to 18 months), and are secured by a recorded mortgage assignment.  The FPCMs are loans, not securities, and are therefore not subject to either state or federal securities laws.   Woodbridge's mortgage and lien priority are insured fully by national title insurance companies; the underlying real estate is likewise fully insured by policies underwritten by Lloyd's of London or equally reputable carriers; and Woodbridge's lenders are secured as evidenced by individualized documentation recorded with the applicable governmental land records office.   All of this information has been provided to the SEC.

10.      The Units, which are securities, are marketed and sold by Woodbridge to accredited investors subject to disclosures set forth in formal private placement memoranda (the "PPMs").  The PPMs describe to investors in extensive, comprehensive detail the risks involved in the investments and in the mortgage and real estate business more generally.  Since August 2012, Woodbridge has established a total of seven Funds in Regulation D offerings to accredited investors:  Woodbridge Mortgage Investment Fund 1; Woodbridge Mortgage Investment Fund 2; Woodbridge Mortgage Investment Fund 3; Woodbridge Mortgage Investment Fund 3A; Woodbridge Mortgage Investment Fund 4; Woodbridge Commercial Bridge Loan Fund 1; Woodbridge Commercial Bridge Loan Fund 2.  As summarized at Tab 3, and as the documents provided to the SEC confirm, Woodbridge has raised approximately $200 million in these offerings. (Tab 3)[2]

---

[2] The face amount of Woodbridge's various PPMs is considerably higher ($450 million), but not all of the offerings were fully subscribed.

11.     As promised in the PPMs, Unit holders are entitled to the return of capital and distribution of profits on or about the maturity of the Fund (generally five years).  Based on documents that Woodbridge has already produced to the SEC, Woodbridge has created a timeline that compares (a) the scheduled dates for the completion of Woodbridge real estate projects (as set forth in the Plus Development pro forma) to (b) actual dates for the return of capital and distribution (Tab 4) and actual dates for the return of any profits (Tab 5), based on the actual purchase dates of Units in the respective Woodbridge mortgage investment funds.  Using third-party analysis and projections for the California properties, cumulative gross sales will approach $500 million by the end of 2018, and nearly $1.1 billion by the end of 2019, when major developments come to fruition. This timeline confirms that the projects are on track and will allow Woodbridge to return capital to investors and distribute any profits on the five-year anniversary of their investment, as promised.

12.     Records produced to the SEC also show that Woodbridge has already earned significant revenue through the purchase and sale of other properties to cover interest payments and upcoming return of capital to unitholders.  As summarized in the charts attached to my declaration, sales of properties in California (Tab 6) and Colorado (Tab 7) have to date generated gross revenues in excess of $75million and net proceeds in eight figures, as reflected in the closing statements produced to the SEC.  An additional California properties is currently under contract for nearly $10 million.  It is important to understand that these figures do not include other sources of Woodbridge revenue, including its hard money lending business (Riverdale) and the purchase and sale of real estate outside California and Colorado—all of which has also been produced to the SEC.  Nor does it take into account that Woodbridge can re-invest corporate profits to acquire more real estate for future projects.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on this _1st_ day of September, 2017, in Tolland County, Connecticut.

_____
Timothy Faller

# Tab 1

**<u>FILED UNDER SEAL</u>**

*Securities and Exchange Commission v. Woodbridge Group of Companies, LLC,* United States District Court, Southern District Of Florida, CASE NO.  17-MC-22665-CIV-ALTONAGA

# Tab 2

**<u>FILED UNDER SEAL</u>**

*Securities and Exchange Commission v. Woodbridge Group of Companies, LLC,* United States
District Court, Southern District Of Florida, CASE NO.  17-MC-22665-CIV-ALTONAGA

# Tab 3

## FILED UNDER SEAL

*Securities and Exchange Commission v. Woodbridge Group of Companies, LLC,* United States District Court, Southern District Of Florida, CASE NO.  17-MC-22665-CIV-ALTONAGA

# Tab 4

**<u>FILED UNDER SEAL</u>**

*Securities and Exchange Commission v. Woodbridge Group of Companies, LLC,* United States District Court, Southern District Of Florida, CASE NO.  17-MC-22665-CIV-ALTONAGA

# Tab 5

## FILED UNDER SEAL

*Securities and Exchange Commission v. Woodbridge Group of Companies, LLC,* United States District Court, Southern District Of Florida, CASE NO.  17-MC-22665-CIV-ALTONAGA

# Tab 6

**<u>FILED UNDER SEAL</u>**

*Securities and Exchange Commission v. Woodbridge Group of Companies, LLC,* United States District Court, Southern District Of Florida, CASE NO.  17-MC-22665-CIV-ALTONAGA

# Tab 7

**FILED UNDER SEAL**

*Securities and Exchange Commission v. Woodbridge Group of Companies, LLC,* United States
District Court, Southern District Of Florida, CASE NO.  17-MC-22665-CIV-ALTONAGA