# EXHIBIT G

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )
                           ) File No. FL-04024-A
WOODBRIDGE MORTGAGE INVESTMENT )

WITNESS:   Bibiana Farrington
PAGES:     1 through 136
PLACE:     Securities and Exchange Commission
           801 Brickell Avenue, Suite 1800
           Miami, Florida  33141
DATE:      Wednesday, April 5, 2017

The above entitled matter came on for hearing, pursuant to notice, at 10:10 a.m.

Diversified Reporting Services, Inc.
(202) 467 9200

Page 54

```
 1  we would have life insurance policies should our
 2  client, you know, die. So they would -- their
 3  investment would be protected. They would get --
 4  they would be the beneficiary or they would have
 5  collateral assignments for those funds -- for the
 6  funds.
 7     Q  I see. Okay.
 8        And -- are -- so as part of the
 9  structured settlement deals, you also have life
10  insurance settlements that you offer?
11     A  No.
12     Q  Okay. So I'm still not understanding.
13        So your structured settlement business is
14  the -- are lottery winnings and lawsuits?
15     A  Structured settlements and lottery
16  winnings.
17     Q  Okay. By structured settlements, you
18  mean settlement from a --
19     A  A lawsuit.
20     Q  -- from a lawsuit?
21        You do not sell any kind of life
22  insurance or viatical-type products?
23     A  No.
24     Q  All right. So then this life insurance
25  that you're referring to is in regards to which
```

Page 55

```
 1  product?
 2     A  It would be -- well, it could be a
 3  lottery payment or a structured settlement. If
 4  it's not guaranteed, we would need to take out a
 5  life insurance policy. So we're not selling a life
 6  insurance policy. We are obtaining a life
 7  insurance policy for that client.
 8     Q  Okay. And who's name is on that life
 9  insurance policy?
10     A  I don't know.
11     Q  Do you have copies of those?
12     A  I do not.
13     Q  Who would keep copies?
14     A  The investor and Michael Singer.
15     Q  And so Michael Singer is for the company
16  called Direct Insurance? And -- is that a yes?
17     A  Yes.
18     Q  Okay. Just answer orally for the --
19     A  I apologize.
20     Q  That's okay. For the court reporter.
21  So -- and Direct Insurance is a company that you
22  believe is affiliated with Woodbridge?
23     A  Yes.
24     Q  And how do you know that?
25     A  You know, doing our life insurance since
```

Page 56

```
 1  day one.
 2     Q  Okay. Since you've been with the
 3  company?
 4     A  Yes.
 5     Q  And Mr. Singer is located at Woodbridge's
 6  office in Sherman Oaks, correct?
 7     A  Yes.
 8     Q  But you don't know which building he's
 9  in?
10     A  I don't know.
11     Q  Okay. Who would know?
12     A  He would know.
13     Q  Anyone else who would know?
14     A  I'm assuming everybody in the office who
15  works there would know.
16     Q  Does he report to someone?
17     A  I don't know.
18     Q  So you don't know if he reports to
19  someone or if he's just independent?
20     A  Yes.
21     Q  So if I had questions about Mr. Singer
22  other than contacting him directly, who else would
23  you suggest I talk to?
24     A  You can ask HR.
25     Q  Who in HR?
```

Page 57

```
 1     A  Brenda Weiss.
 2     Q  What is her role?
 3     A  She is, you know, human resources person.
 4  That's only --
 5     Q  She's in charge of human resource?
 6     A  She's in charge, yes.
 7     Q  Okay. So let's talk a little about the
 8  difference. You've mentioned a few different
 9  Woodbridge companies. Just so I understand, is
10  there a main company? I think you said Woodbridge
11  Group of Companies. I don't know if that's the
12  one.
13        What's your understanding of Woodbridge
14  and the different companies that associate with it?
15     A  My understanding would be that there's
16  Woodbridge Group of Companies and then we have
17  smaller companies that do different things.
18     Q  Okay. So is Woodbridge Group of
19  Companies the -- I'll use the word parent, but is
20  it the main company or is there a company above
21  that?
22     A  I would say that Woodbridge Group of
23  Companies is the main one.
24     Q  And who is in charge of Woodbridge Group
25  of Companies?
```

Page 58

```
 1    A   Robert Shapiro is the president.
 2    Q   He's in charge, Mr. Shapiro?
 3    A   Yes.
 4    Q   Anyone else?
 5    A   I don't know.
 6    Q   Okay. Is Woodbridge Structured Funding,
 7   say, beneath Woodbridge Group of Companies is one
 8   of companies within it?
 9    A   Woodbridge Structured Funding no longer
10   exists.
11    Q   Oh, okay.
12         And was it dissolved?
13    A   I don't know.
14    Q   How do you know it no longer exists?
15    A   Because we became Woodbridge Group of
16   Companies.
17    Q   When did that occur?
18    A   January 2016.
19    Q   How did you become aware that Woodbridge
20   Structured Funding no longer exists?
21    A   Because I was told Woodbridge — I was
22   told Woodbridge was winding down its structured
23   settlement business and then I was told we are now
24   that — I was just told we are now Woodbridge Group
25   of Companies. That we are now longer doing
```

Page 59

```
 1   business as Woodbridge Structured Funding.
 2    Q   Who told you that?
 3    A   I don't remember.
 4    Q   Well, try to think back because I'm just
 5   trying to understand how you came to that
 6   information.
 7    A   It was either one of our attorneys.
 8    Q   Who are they?
 9    A   Alan Beck or Eugene Rubenstein.
10    Q   Who is Mr. Rubenstein?
11    A   An attorney for Woodbridge.
12    Q   Where is he located?
13    A   In Sherman Oaks, California.
14    Q   Does he supervise you as well?
15    A   No, he does not.
16    Q   So you think either Mr. Beck or Mr.
17   Rubenstein told you that Woodbridge Structured
18   Funding was winding down?
19    A   I was told Woodbridge Structured Funding
20   was winding down by Robert Shapiro.
21    Q   Oh, that was my question. Who told you?
22    A   No, I thought you told who told me that
23   we were no longer using Woodbridge Structured
24   Funding.
25    Q   Okay. Well, then maybe it's just a
```

Page 60

```
 1   semantics thing.
 2         I just want to understand how you came to
 3   that information?
 4    A   That we were winding down? Would be from
 5   Robert Shapiro.
 6    Q   Okay. And what did Mr. Shapiro told
 7   you — what did he tell you?
 8    A   That we were winding -- Woodbridge
 9   Structured Funding was winding down. We were
10   now -- I'm sorry. That structured settlements were
11   winding down.
12    Q   What else did he tell you?
13    A   That I would always have a job with the
14   company and he would find something else for me to
15   do.
16    Q   How did you feel about that, about the
17   structured funding winding down?
18    A   I wasn't very happy.
19    Q   And just tell me more about what, you
20   know, the circumstances leading up to that and what
21   your thoughts were?
22    A   I mean, I noticed the decline in
23   business, so it really didn't come as a big
24   surprise.
25    Q   And so, how has your work changed or your
```

Page 61

```
 1   role changed with Mr. Shapiro telling you that? I
 2   think you mentioned a little bit about other things
 3   that you do. So — do you work less on the
 4   structured funding side and you do other tasks?
 5    A   Right.
 6    Q   What would you say you spend most of your
 7   time on on a regular basis?
 8    A   Probably data entry.
 9    Q   Data entry relating to what?
10    A   To Woodbridge Wealth. I do -- I maintain
11   a spreadsheet for them.
12    Q   You maintain a spreadsheet for Woodbridge
13   Wealth?
14    A   Right.
15    Q   What is the purpose of that spreadsheet?
16    A   To track when a loan -- I wouldn't say
17   loan. When -- it tracks when a promissory note
18   becomes due.
19    Q   All right. Does that spreadsheet — is
20   it one spreadsheet or is it several?
21    A   That is one spreadsheet, that one.
22   That's what you're asking?
23    Q   Yes. And what's the name of it, please?
24    A   I don't know the exact name of it. It's
25   Mortgage 30 Day Due Chart.
```

16 (Pages 58 to 61)

Page 90

1   A   Yes.
2   Q   Any other family members? Anyone else?
3   A   Michael Singer is related to Gerri
4   Shapiro.
5   Q   Okay. How is he related to Ms. Shapiro?
6   A   I believe it's her brother.
7   Q   Okay. Any other family members of either
8   Ms. or Mr. Shapiro?
9   A   Not that I'm aware of.
10  Q   So right now the individuals who are
11  related to the Shapiros are Joseph Loox, who is Ms.
12  Shapiro's nephew and Michael Singer, who is Gerri
13  Shapiro's brother, correct?
14  A   Yes.
15  Q   Anyone else you can think of? You look
16  like you're thinking, that's why I'm asking.
17  A   I was thinking.
18  Q   Okay. But how many employees overall
19  does Woodbridge have with all the companies
20  together? Do you know?
21  A   I don't know the exact number.
22  Q   You know I'm going to ask you
23  approximately. It's okay. It doesn't have to be
24  exact. Just -- do you have a sense?
25  A   70.

Page 91

1   Q   Approximately 70 overall, the different
2   locations, right? Correct?
3   A   Yes. Sorry.
4   Q   All right. Have you heard of someone by
5   the name of Adam Altman?
6   A   Yes.
7   Q   Who is he?
8   A   He used to work for Woodbridge Structured
9   Funding.
10  Q   What did he do for Woodbridge Structured
11  Funding?
12  A   He was our general counsel.
13  Q   During what time period?
14  A   He -- I don't know. I do not recall when
15  he started, but he left in 2000- -- November 2015.
16  Q   All right. And do you know why he left?
17  A   He was let go.
18  Q   Do you know why?
19  A   They wanted the legal department to be
20  out of California.
21  Q   Okay. Where was Mr. Altman Located?
22  A   In Boca Raton, Florida.
23  Q   And that's why he was let go? There were
24  no other issues? Tell me what you know.
25  A   I'm listening. I'm listening.

Page 92

1   Q   I know you are.
2   A   Hold on. They just -- they wanted --
3   they just wanted a different person to lead the
4   department.
5   Q   And when you say "they," you mean Mr.
6   Shapiro?
7   A   Mr. Shapiro and Ms. Shapiro.
8   Q   Were there issues with Mr. Altman?
9   A   Just the style. Just style issues. They
10  wanted a different direction.
11  Q   Okay. And did you have interactions with
12  Mr. Altman?
13  A   I did.
14  Q   And what did you think of him?
15  A   He was a nice person and he talked a lot.
16  Q   Okay. Do you know where he is today?
17  A   In Broward County.
18  Q   Have you had any interactions with him
19  after he left Woodbridge?
20  A   I've spoken -- I spoke to him once.
21  Q   Okay. And what was that about?
22  A   He accidentally called me and I called
23  him back.
24  Q   Okay. But it wasn't work related?
25  A   It was not.

Page 93

1   Q   Okay. Do you know Donovan Knolls?
2   A   Yes.
3   Q   Who is he?
4   A   He works in Woodbridge Wealth.
5   Q   What does he do?
6   A   He is a salesperson.
7   Q   What does he do in sales?
8   A   Deals with the financial planners.
9   Q   Okay. So he deals with financial
10  planners and the individuals who are investing in
11  Woodbridge?
12  A   Yes.
13  Q   Okay. Do you know someone named Nina
14  Peterson?
15  A   Nina? Yes.
16  Q   Who is she?
17  A   She is our comptroller.
18  Q   What does she do?
19  A   She oversees our finances.
20  Q   Would you say she's the top accounting
21  person for Woodbridge?
22  A   Yes.
23  Q   Is there anyone over her who's the --
24  let's say a chief financial officer or, you know,
25  equivalent who supervises the accounting?

Page 94

1   A   I don't know.
2       Q   So if there's an accounting question,
3   would Nina Peterson be the person to go to?
4   A   Yes.
5       Q   Where is she located?
6   A   Daytona, Florida.
7       Q   Do you know why, why she's in Daytona?
8   A   That's where she lives.
9       Q   Okay. Is there a Woodbridge office in
10  Daytona?
11  A   There is not. There is an accounting
12  office for Nina in Daytona.
13      Q   Okay, all right.
14          Do you know where that office is located?
15  A   I don't know the address.
16      Q   But is it Daytona or Daytona Beach?
17  A   Daytona Beach?
18      Q   I'm asking you. I don't know.
19  A   I don't --
20      Q   Okay.
21  A   Maybe Daytona Beach. I mean, I don't
22  know.
23      Q   Okay. Do you have any interactions with
24  Nina Peterson?
25  A   I do.

Page 95

1       Q   What are the nature of those
2   interactions?
3   A   I request checks to be issued. You know,
4   I'll ask questions regarding, like, any checks from
5   the past whether they've cleared or whether they
6   have not.
7       Q   Do you receive your paycheck through
8   Nina?
9   A   It's direct deposited.
10      Q   Okay. Is she in charge also of the
11  compensation or issuing paychecks?
12  A   I don't know.
13      Q   When you say you request checks to be
14  issued, for what purpose?
15  A   To pay an invoice, to issue money to a
16  client, that's sort of -- that sort of payments.
17      Q   Okay. Do you maintain any spreadsheets
18  or charts for Ms. Peterson or for the accounting
19  people?
20  A   I do not.
21      Q   Do you know who else, if there's anyone
22  else who works with Peterson in accounting issues?
23  A   She has a staff.
24      Q   How many on her staff?
25  A   I don't know.

Page 96

1       Q   Approximately?
2   A   Five.
3       Q   Are they all located in Daytona?
4   A   There are individuals in California that
5   issue checks, but I don't know whether they work
6   directly underneath her.
7       Q   Who are those people in California?
8   A   Tobi Pratt.
9       Q   Anyone else?
10  A   Kathy Henry.
11      Q   Anyone else?
12  A   Not that I know of. I don't -- that's
13  all I know.
14      Q   That's in California. How about in
15  Florida, her staff, Ms. Peterson or the people who
16  work with her in accounting, do you know any other
17  names?
18  A   Kathy Quinlan. I might have them
19  confused, Kathy Henry and Kathy Quinlan might be
20  swapped.
21      Q   Reversed?
22  A   Yes.
23      Q   Okay. All right. So there's a Kathy
24  Quinlan in accounting somewhere?
25  A   Yes.

Page 97

1       Q   Anyone else?
2   A   Not that I know. Not that I can
3   remember.
4       Q   Okay. Have you heard of someone named
5   Kathy Jones?
6   A   No.
7       Q   Do you know what Kathy Quinlan does?
8   A   I do not.
9       Q   She's an accountant though, correct?
10  A   Yes.
11      Q   What about Kathy Henry? Do you know what
12  she does?
13  A   I do not know.
14      Q   Same question for Tobi Pratt, do you
15  know -- is that a she?
16  A   She.
17      Q   Do you know what Tobi Pratt does?
18  A   I do not.
19      Q   But they work together with Nina
20  Peterson, correct?
21  A   Yes.
22      Q   Anyone else?
23  A   Not that I can recall.
24      Q   Do you know if Woodbridge has used any
25  outside accounting firms or outside accountants to