# EXHIBIT H

# EXHIBIT H

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )
                           ) File No.  FL-04024-A
WOODBRIDGE MORTGAGE        )
INVESTMENT FUND III, LLC   )

WITNESS:  Brenda Wise

PAGES:    1 through 239

PLACE:    Securities and Exchange Commission
          801 Brickell Avenue
          Suite 1800
          Miami, Florida 33131

DATE:     Wednesday, April 12th, 2017

   The above-entitled matter came on for hearing, pursuant notice, at 10:07 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

Page 42

1   Q   Okay.
2       Do you have a supervisor?
3   A   Yeah.
4   Q   Who is that?
5   A   Robert Shapiro and Jeri Shapiro.
6   Q   And do you report to Robert Shapiro and
7   to Jeri Shapiro?
8   A   Well, mostly Robert Shapiro, but, yes.
9   Q   Okay.
10      How often do you have contact with
11  Robert Shapiro?
12  A   In person or on the phone or via Email?
13  Q   Any type of contact.
14  A   Every day.
15  Q   Okay.
16      And who is Mr. Shapiro?
17  A   He is the owner of Woodbridge.
18  Q   Okay.
19      And what type of contact do you have
20  with him on a daily basis?
21  A   I Email him.
22  Q   About what?
23  A   The attendance and any questions I may
24  have.
25  Q   So when you start your day, just so I

Page 43

1   get a sense of what you do, what's the first thing
2   you do? When do you start your day, by the way?
3   When do you start working?
4   A   Usually 9 a.m.
5   Q   Okay.
6       And you go to an office address that you
7   mentioned?
8   A   Yes.
9   Q   Okay.
10      Are there any other employees there?
11  A   No.
12  Q   So you're the only one there?
13  A   Yes.
14  Q   Okay.
15      When is it that you had a reduction in
16  force at Woodbridge?
17  A   The Wednesday before Thanksgiving 2015.
18  Q   Okay.
19      How many employees did Woodbridge used
20  to have around that timeframe?
21  A   There was a reduction in force over
22  time. So the last layover number of people, I
23  think, was, approximately, seven to ten people,
24  something like that.
25  Q   Okay.

Page 44

1       All right. So I'm going to ask you
2   about the different reductions in force in a
3   moment, but let me get back to your day. So when
4   do you start?
5   A   9 a.m.
6   Q   And what do you typically do?
7   A   Go to work, open up my Emails, see
8   what -- what's going on. We do a lot of things
9   manually, so I have to do that. On Wednesdays is
10  the day to process payroll, so I would normally
11  process payroll today.
12      MR. NELSON: So nobody's getting paid?
13      THE WITNESS: I have a backup person.
14      BY MS. SCHMIDT:
15  Q   Who's your backup person?
16  A   Ginger Dupont.
17  Q   And where is she located?
18  A   In Daytona Beach.
19  Q   Okay.
20      So there's a Woodbridge office in
21  Daytona Beach?
22  A   Yes.
23  Q   Okay. We'll get to that in a movement.
24      All right. So you look at Emails and
25  today, Wednesday, you'd process payroll?

Page 45

1   A   Correct.
2   Q   What else would you do typically?
3   A   Run reports for the payroll, send those
4   off to the appropriate people so they have the
5   numbers. What else would I do? Answer Emails,
6   make sure -- communicate with Bob, get his
7   approval before reimbursing anybody for any
8   expenses or paying people any monies that are
9   other than base salary, send him daily attendance.
10      What else would I do? Handle any
11  benefit questions that people send my way, which
12  they usually do, and we just had our open
13  enrollment, so there's been a lot of issues with
14  that and people with their insurance.
15      Let's see. What else? Getting the
16  appropriate paperwork to have on people, make sure
17  if there's any new hires, that everybody has their
18  paperwork submitted properly. It's very time
19  consuming.
20  Q   Okay.
21      And when does your day end, typically?
22  A   I usually try to leave the office by
23  5:30, 6:00. It doesn't always happen. And then I
24  go home and sometimes will be called at home on my
25  cell phone or whatever. I have to go back to the