# EXHIBIT I

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of: )
) File No.: FL-04024-A
WOODBRIDGE MORTGAGE INVESTMENT)

WITNESS: Timothy Faller
PAGES: 1 through 159
PLACE: Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
DATE: Thursday, May 11, 2017

The above-entitled matter came on for hearing, pursuant to notice, at 10:11 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

MS. SCHMIDT: That was going to be my question. What kind of document, it's an Excel spreadsheet?

THE WITNESS: Sure. And I can't say for sure that this was a document that was created for the answer or whether it's copy and paste, I don't know for sure, but she's able to send a list.

MS. SCHMIDT: And that list or the Excel spreadsheet, does it have a name or is it designated somehow, so you know how --

THE WITNESS: No. On specific questions, I wouldn't say that the response I'm getting -- it looks to be a specific answer to the question. Again, I think that with all of the names and all of the lenders and all of the money, she does a very good job of answering questions that we ask.

MS. SCHMIDT: Thank you.

MR. TORRES: Prior to your prep, did you review QuickBooks?

THE WITNESS: Yes.

MR. TORRES: Do you have an accounting degree?

THE WITNESS: No.

MR. TORRES: You previously testified that QuickBooks looked accurate. What basis do you have for that?

THE WITNESS: Just in terms of the general knowledge of seeing all the transactions. To take a look at it, it looks exhaustive and complete.

MR. TORRES: Do you supervise Nina Patterson?

THE WITNESS: No.

MR. TORRES: Do you supervise anyone in the accounting department?

THE WITNESS: No.

MR. TORRES: You referred to the accounting office in Florida; correct?

THE WITNESS: Correct.

MR. TORRES: How many individuals are in the accounting office in Florida?

THE WITNESS: I have no idea.

MR. TORRES: Who runs that office?

THE WITNESS: I think Nina. My involvement with that office is primarily with Nina.

MR. TORRES: And who supervises Nina Patterson?

THE WITNESS: Robert Shapiro.

MR. TORRES: Do you know of any other accountants in that office that Nina supervises?

THE WITNESS: I don't know anything in terms of the background of anyone in that office.

MR. TORRES: Have you dealt with any other

accountants in that office?

THE WITNESS: There are other people that I think are included on e-mail lists. I never have any direct relationship with them. Nina is the point-person.

MR. TORRES: What are Nina's duties and responsibilities?

THE WITNESS: I believe that she handles the accounting. When it comes to any question about money coming in or money going out, Nina has the answer.

MR. TORRES: And when you say "accounting," can you -- what do you mean? Are you talking about financial statements, anything related to accounting, books and records related to accounting?

THE WITNESS: Sure. I don't know specifically how she does her job. I know that she has the answers when we ask them.

MR. TORRES: Do you know anyone else at Woodbridge who handles Woodbridge's accounting or handles Woodbridge's accounting records?

THE WITNESS: No. Nina is the primary person.

MR. TORRES: Would you say she is the principal accounting officer at Woodbridge?

THE WITNESS: I don't know if that's her title. That seems like -- I don't know what her title

is. She is the person that handles our accounting.

BY MR. LOWRY:

**Q Is there an accounting office in California?**

A I don't think so. I don't know for sure, though. All money that comes in and goes out has to go through Nina. So if there are other people that deal with that, I'm sure they work with Nina, but I wouldn't say that anyone would be able to handle funds that Nina wouldn't have eyes on.

**Q Getting back to my question about the financial statements and records, have you seen a balance sheet for the company?**

A I haven't seen a balance sheet for the company, no. I have asked Joe Hughes -- again, it comes down to questions being asked, most of the time, of contacting legal in order to do their due diligence of finding out.

I'm aware that Joe keeps basic Excel tracking, but that's not something that we keep in the office. It's when need be, we ask Joe for it.

**Q What do you understand that Joe maintains?**

A Joe deals with Riverdale, so as part of that and the foreclosures, there is the REOs. I know he keeps track of the REOs, of properties that are sold and if money was made on that, any profits related to that.

Page 54

**talked about looking at the QuickBooks to determined whether, you know, in totality, to determine whether a fund was profitable or not, or Woodbridge was profitable or not.**

**Is there one document in QuickBooks, or otherwise, that reconciles all the figures that you could look at?**

A Not to my knowledge. And I'm confident that it doesn't exist.

MR. TORRES: Do you know who would have that knowledge, if it does exist?

THE WITNESS: I believe I do have that knowledge, and with my understanding, in terms of speaking and essentially knowing, as well as somebody could know, it does not exist. We have provided everything that we have from an accounting standpoint.

MS. SCHMIDT: And you are confident of that, sir, based on your last two days of QuickBooks review?

THE WITNESS: And just overall dealings of working for the company. Obviously if somebody is doing due diligence in Woodbridge, they have requested that.

And in terms of speaking with Nina, this is in line with the QuickBooks. I haven't seen QuickBooks before, but in terms of answering questions, it's certainly in line with how I would expect her to

Page 55

document all the transactions.

MR. TORRES: Have you seen for any of the funds a profit and loss report, a P&L report, that would reflect revenues and fees earned and expenses incurred by the fund?

THE WITNESS: I've only seen what is in QuickBooks, so --

MR. TORRES: Is that a no?

THE WITNESS: I don't believe I have seen a simple profit and loss of any of the Woodbridge companies.

BY MR. LOWRY:

**Q Okay, moving on a little bit.**

**Does the firm use any outside accountants or auditors?**

A I don't know.

**Q Okay. Are you familiar with GBH Accountants?**

A No.

MR. TORRES: Does the company have an internal audit department?

THE WITNESS: Not that -- no, not to my knowledge, no.

BY MR. LOWRY:

**Q Do you know whether Woodbridge retained any outside auditors for any of the mortgage funds?**

Page 56

A I don't know.

MR. TORRES: Have you ever seen any compiled financial statements for any of the funds?

THE WITNESS: No.

BY MR. LOWRY:

**Q Does Woodbridge use any -- who prepares Woodbridge's taxes?**

A I don't know.

**Q Do you have any role in that process?**

A No.

**Q What bank accounts does Woodbridge have?**

A Comerica. The bank accounts I referred to earlier, they are all with Comerica.

**Q How many accounts?**

A I believe we named seven, but 1, 2, 3, 3A, 4, Bridge Loan Fund 1, Bridge Loan Fund 2, Structured Funding, Group of Companies. Those are the ones I'm aware of.

**Q So there is a bank account for each of the products, the offering products?**

A Each of the funds, yes.

**Q And then the company itself has an operating account?**

A Yes.

**Q Is that the one that you referred to as**

Page 57

**Woodbridge Group of Companies?**

A Yes.

**Q It may be obvious, but the fund -- the bank accounts for each of the funds, what kind of transactions are reflected in those accounts?**

A All of the -- so each fund has its own individual investors who are investing in the fund itself. Each fund has its own loans, where it is a borrower. And as a commercial lender, all of those would be specific to the funds themselves.

**Q The Woodbridge Group of Companies account, is that the operating account?**

A I believe it is now. It had been Woodbridge Structured Funding. And Woodbridge Group of Companies, currently, to my knowledge. But I have very little dealings with that account. I reviewed that in preparation for today.

**Q Okay. Just so we are clear, the Woodbridge Group of Companies account is the operating account, to your knowledge?**

A To my understanding, yes.

**Q What types of transactions are reflected in that account?**

A Just the basic ones that I reviewed, but I would have to refer back to QuickBooks to really see it.

Page 58

From a general standpoint, it looked like some basic operating stuff.

**Q Okay. Who has signatory authority over these various accounts?**

A Robert Shapiro is the sole one individually with authority. At points, let's say that it would be a loan sale, somebody may be granted specific permission to sign for that transaction, we would create that document to reflect so. But generally speaking, it's Robert Shapiro.

**Q Another way to ask it is: Does anybody besides Bob, except those ad hoc circumstances you mentioned, have the authority to transfer funds from, say, one of the accounts to another?**

A I don't believe so. Not to my knowledge, no.

**Q Does Woodbridge have any foreign accounts?**

A No, not to my knowledge.

**Q Credit card accounts?**

A I don't know.

MS. SCHMIDT: Do you have a corporate credit card?

THE WITNESS: I do not, no.

MS. SCHMIDT: Do you know if anyone else does?

THE WITNESS: I don't know.

MR. TORRES: What about brokerage accounts?

Page 59

THE WITNESS: I don't know.

BY MR. LOWRY:

**Q How does the operating account relate, if at all, to the individual fund bank accounts?**

A Can you be more specific?

**Q So if we looked at the operating account, would we see transfers from the various funds into and out of the operating account?**

A Yes. I believe that those transactions are all reviewed in the QuickBooks. Again, you can see those.

**Q Do you know the purpose of those transfers?**

A I can't say specifically, no.

**Q Okay. Well, another way to ask it is: What is the source of funds to pay for Woodbridge's operating expenses?**

A Okay. So going back a question, in terms of the relation between Group of Companies and Fund -- no, I guess I can't -- I don't know in terms of -- what was your second question?

MR. LOWRY: Can you read it back?

(The record was read by the reporter.)

THE WITNESS: I assume profit.

MR. NELSON: Don't assume.

THE WITNESS: Yeah, I don't know.

Page 60

MR. TORRES: Does Woodbridge use any other accounting system or software other than QuickBooks?

THE WITNESS: Not to my knowledge.

MR. TORRES: Has it always used QuickBooks?

THE WITNESS: I don't know.

MR. TORRES: Who has access to QuickBooks?

THE WITNESS: I don't know.

MR. TORRES: Does Robert Shapiro have access to QuickBooks?

THE WITNESS: I don't know.

MR. TORRES: You don't have access to QuickBooks; correct?

THE WITNESS: Correct.

MR. TORRES: Do you know who is the QuickBooks account administrator?

THE WITNESS: I believe Nina handles QuickBooks.

Does that answer the question?

MR. TORRES: Do you know if she is the account administrator for QuickBooks?

THE WITNESS: I don't know.

MS. SCHMIDT: Aside from QuickBooks, with regard to Excel -- I think you testified a little bit that there were some Excel records. Who, I don't know, for lack of a better word, who controls those Excel

Page 61

spreadsheets with regard to accounting records or financial records?

THE WITNESS: It would have to be Nina. It would have to be Nina.

MS. SCHMIDT: Nina, okay. Thank you.

MR. TORRES: So would you say it's correct to say that all revenues and expenses -- let me rephrase that -- all revenues earned by the company are recorded on QuickBooks?

THE WITNESS: I believe so. And I don't think they are recorded on a general Excel. The Excels, again, I've seen are have been answers to specific questions. So I would think those were created in order to answer the question.

In terms of all of the financial transactions, yes, I believe they are all recorded in QuickBooks.

MR. TORRES: There is no other system, there is no other software that reflects revenue that has not recorded in QuickBooks; is that correct?

THE WITNESS: To my understanding, yes.

BY MR. LOWRY:

**Q We talked a little bit about the receipt of investor funds from the private placement program. Is there one -- again, is there one document, a central depository, where one could look to see all of the**