# EXHIBIT B

## CERTIFICATION OF TRUST

(California Probate Code Section 18100.5 )

The undersigned declare(s) under penalty of perjury under the laws of the State of California that the following is true and correct:

1. The Trust known as the RS Protection Trust, executed on June 25, 2013, is a valid and existing trust.

2. The name(s) of the settlor(s) of the Trust is: Robert Shapiro

3. The name(s) of the currently acting trustee(s) is (are): Robert Shapiro.

4. The trustee(s) of the Trust have the following powers: Power to acquire additional property, Power to sell and execute deeds, Power to encumber, and execute deeds of trust.

5. The Trust is Irrevocable.

6. The number of trustees who must sign documents in order to exercise the powers of the Trust is: One.

7. Title to Trust assets is to be taken as follows: The RS Protection Trust, Robert Shapiro, Trustee

8. The tax identification number for the trust is [redacted].

The undersigned Trustee hereby declares that the Trust has not been revoked, modified or amended in any manner which would cause the representations contained herein to be incorrect. The certification is executed by all of the trustees in conformity with the provisions of California Probate Code Section 18100.5.

Dated: _____

_____
Robert Shapiro, Trustee

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES }SS.

On NOVEMBER 17, 2016 before me, KRISTINE W. LAUENGCO (insert name) Notary Public, personally appeared ROBERT SHAPIRO who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

KRISTINE W. LAUENGCO
Commission # 2121832
Notary Public - California
Los Angeles County
My Comm. Expires Aug 28, 2019

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LLCs PURSUANT TO 17 CFR 200.83     LLC-021116